**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DASHAWN FRANCIS PARTLOW,

    Plaintiff,

vs.                              CASE NO. 3:06-cv-892-J-25HTS

CITY OF JACKSONVILLE,

    Defendant.
_____

**O R D E R**

The Initial Disclosures (Doc. #26), filed by Plaintiff on April 2, 2007, are **STRICKEN** in light of Rule 5(d), Federal Rules of Civil Procedure (Rule(s)), which states that "disclosures under Rule 26(a)(1) . . . must not be filed until they are used in the proceeding or the court orders filing[.]"

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of April, 2007.

                                            /s/      Howard T. Snyder
                                            HOWARD T. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

All counsel of record
    and pro se parties, if any